UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kiondra Kuntrell Harp, | Case No. 25-cv-3687 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Summit Account Resolution, | |
| Defendant. | |

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff Kiondra Kuntrell Harp's application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. Ms. Harp must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Summit Account Resolution ("Summit"). If Ms. Harp does not complete and return the Marshal Service Form by **October 17, 2025**, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. The Court will provide a Marshal Service Form to Ms. Harp.

3. The Clerk of Court is directed to seek waiver of service from Summit consistent with Rule 4(d) of the Federal Rules of Civil Procedure after Ms. Harp returns the completed Marshal Service Form.

4. If Summit fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon Summit the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases

1

in which a defendant does not sign and return a waiver of service form.  *See* Fed. R. Civ. P. 4(d)(2).

Dated: September 17, 2025              *s/ Dulce J. Foster*
                                                     Dulce J. Foster
                                                     United States Magistrate Judge